UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.	Case No. 21-30009
Originating No.20-00067

**MARTINIS TWONE IRVING,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MARTINIS TWONE IRVING,** to answer to charges pending in another federal district, and states:

    1.  On **January 11, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of West Virginia based on a Complaint**.  Defendant is charged in that district with violation of  **21 USC Section 841(a)(1) –  Possess with Intent to Distribute Heroin,**

    2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MATTHEW J. SCHNEIDER
United States Attorney

**s/Julie Beck**
JULIE BECK
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: January 11, 2021